# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DUSTIN CURTIS BURNETTE | § | |
| | § | |
| v. | § | Case No. 4:09-CV-370 |
| | § | Judge Schneider/Judge Mazzant |
| WELLS FARGO BANK, N.A. and HSBC | § | |
| BANK USA, as TRUSTEE FOR WELLS | § | |
| FARGO ASSET SECURITIES | § | |
| CORPORATION HOME EQUITY | § | |
| ASSET-BACKED CERTIFICATES, | § | |
| SERIES 2006-1 | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 27, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Wells Fargo Bank, N.A. and HSBC Bank USA, N.A.'s Motion for Summary Judgment (Dkt. #35) should be granted.

The Court, having made a *de novo* review of the objections raised by Plaintiff, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Defendants Wells Fargo Bank, N.A. and HSBC Bank USA,

N.A.'s Motion for Summary Judgment (Dkt. #35) is **GRANTED**.

**It is SO ORDERED.**

**SIGNED this 16th day of February, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE